**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER REGARDING BANKRUPTY STAY

Appellate case name:      Guadalupe Zermeno and Ildefonso Zermeno v. Carolyn Stone

Appellate case number:    01-22-00723-CV

Trial court case number:    2022-33380-7

Trial court:          234th District Court of Harris County

Appellants, Guadalupe Zermeno and Ildefonso Zermeno, filed a notice of appeal from the trial court's October 3, 2022 "Order Granting [Appellee Carolyn] Stone's Motion to Dismiss [Appellants'] Original Petition for Bill of Review." On December 19, 2022, appellant, Ildefonso Zermeno, filed a "Notice of Suggestion of Bankruptcy," notifying the Court that on September 5, 2022, a Chapter 13 Bankruptcy Petition had been filed on his behalf in the United State Bankruptcy Court for the Southern District of Texas, Houston Division. Appellant's suggestion of bankruptcy states that the bankruptcy bears the case number 2209-32621.

Pursuant to appellant's Notice of Suggestion of Bankruptcy, this appeal is stayed. *See* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). Until the parties notify the Court that the bankruptcy proceedings have concluded and move to reinstate the appeal, the Court will take no further action other than to receive and hold any documents submitted to the Clerk of this Court. *See* TEX. R. APP. P. 8.2 (providing bankruptcy "suspends the appeal and all periods in these rules from the date when the bankruptcy petition is filed until the appellate court reinstates or severs the appeal in accordance with federal law"); *see also Budzyn v. Citibank (S.D.), N.A.*, No. 01-08-00211-CV, 2010 WL 2044628, at *1 (Tex. App.—Houston [1st Dist.] May 19, 2010, no pet.) (mem. op.) (staying "entire appeal" pending bankruptcy proceedings).

Accordingly, this appeal is **stayed** and will be removed from the Court's active docket until a party successfully moves to reinstate the appeal or sever the appeal with respect to the bankrupt party. *See* TEX. R. APP. P. 8.3.

It is so ORDERED.

Judge's signature: __/s/ April Farris_____

          ☑ Acting individually    ☐ Acting for the Court

Date: ___January 5, 2023_____